IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

**04 10455 JLT**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.   ) Civil No. | RECEIPT #_____ |
| ) | AMOUNT $ N/A |
| JOSEPH F. URETSKY  ) | SUMMONS ISSUED yes |
| MAGISTRATE JUDGE Alexander | LOCAL RULE 4.1____ |
| ) | WAIVER FORM_____ |
| Defendant. ) | MCF ISSUED_____ |
| | BY DPTY. CLK. T.O.M |
| | DATE 3\5 |

### UNITED STATES' COMPLAINT

Plaintiff, United States of America, pursuant to 26 U.S.C. sections 7401, at the direction of the Attorney General and with the authorization of a delegate of the Secretary of the Treasury, by its undersigned counsel, brings this civil action against Joseph Uretsky named above to reduce to judgment certain unpaid federal tax assessments.

### JURISDICTION AND VENUE

1. The Court has jurisdiction in accordance with § § 7402 of the Internal Revenue Code of 1986 (26 U.S.C.), as amended, and 28 U.S.C. §§ 1340 and 1345.

2. Joseph F. Uretsky resides at 25 Oak Meadow Road, Lincoln, Massachusetts, within the jurisdiction of this Court.

3. On November 8, 1993, a delegate of the Secretary of the Treasury made an assessment against Joseph F. Uretsky pursuant to 26 U.S.C. § 6672, as a responsible person of Lincoln Frozen Yogurt, who willfully failed to withhold, truthfully account for and turn over the income and employment taxes withheld from the wages of the employees of Lincoln Frozen Yogurt, for the period ending December 31, 1992 in the amount of $10,054.87. The remaining

- 3 -

and interest according to law, and such further relief, including the costs of this action, that the Court deems appropriate.

          Respectfully submitted,

          MICHAEL J. SULLIVAN
          United States Attorney

          BARBARA HEALY SMITH
          Assistant United States Attorney

          *Lydia D. Bottome* (BHS)
          LYDIA D. BOTTOME
          Trial Attorney, Tax Division
          U.S. Department of Justice
          Post Office Box 55
          Ben Franklin Station
          Washington, D.C. 20044
          Telephone: (202) 307-6560
          Lydia.D.Bottome@usdoj.gov

- 3 -

and interest according to law, and such further relief, including the costs of this action, that the Court deems appropriate.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

        BARBARA HEALY SMITH
        Assistant United States Attorney

        *Lydia D. Bottome (BHS)*
        LYDIA D. BOTTOME
        Trial Attorney, Tax Division
        U.S. Department of Justice
        Post Office Box 55
        Ben Franklin Station
        Washington, D.C. 20044
        Telephone: (202) 307-6560
        Lydia.D.Bottome@usdoj.gov