AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF _____MASSACHUSETTS_____

UNITED STATES OF AMERICA

    Plaintiff,

V.

JOSEPH F. URETSKY

    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04 10455 JLT

TO: (Name and address of defendant)

    Joseph F. Uretsky
    25 Oak Meadow Road
    Lincoln, Massachusetts

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Lydia D. Bottome
    Trial Attorney, Tax Division
    U.S. Department of Justice
    555 4th St. NW
    Washington, DC 20001

an answer to the complaint which is herewith served upon you, within _____30_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(BY) DEPUTY CLERK

DATE: MAR 5 2004

# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** | **COURT CASE NUMBER** |
| UNITED STATES OF AMERICA | 04-10455-JLT |
| **DEFENDANT** | **TYPE OF PROCESS** |
| JOSEPH F. URETSKY | Summons & Complaint |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
→ Joseph f. Uretsky
**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
25 Oak Meadow Road, Lincoln, MA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Barbara Healy Smith, AUSA
U.S. Attorney's Office
1 Courthouse Way - Suite 9200
Boston, MA  02210

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

PLEASE MAKE SERVICE PRIOR TO DEADLINE OF JULY 2, 2004

Signature of Attorney or other Originator requesting service on behalf of:
_Barbara H. Smith_ [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: (617) 748-3282
DATE: 6/17/04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 38
District to Serve No. 38
Signature of Authorized USMS Deputy or Clerk: _Nores Talavera_
Date: 6/18/04

I hereby certify and return that I [ ] have personally served, [X] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Steven Ernstoff (Atty)

Address (complete only if different than shown above):
500 Commercial St (4th Floor)
Boston, MA  Law Office

Date of Service: 6/24/04   Time: 1:15 pm

Signature of U.S. Marshal or Deputy: _[signature]_

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $45.00 | $1.46 | — | $46.46 | | |

**REMARKS:**
Atty Ernstoff accepted service for Joe Uretsky after DUSM Dawson and the parties arranged for this to take place!

PRIOR EDITIONS MAY BE USED
1. CLERK OF THE COURT
FORM USM-285 (Rev. 12/15/80)