UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 04-10455 (JLT)

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff | ) |
| v. | ) |
| JOSEPH F. URETSKY | ) |
| Defendant. | ) |

## ANSWER OF THE DEFENDANT, JOSEPH URETSKY

Now comes the Defendant, Joseph F. Uretsky and answers the Plaintiff's Complaint as follows:

1. The Defendant, Joseph F. Uretsky admits the allegations of paragraph 1 of the Plaintiff's complaint.

2. The Defendant, Joseph F. Uretsky admits the allegations of paragraph 2 of the Plaintiff's complaint.

3. The Defendant, Joseph F. Uretsky neither admits nor denies those allegations of paragraph 3 of the Plaintiff's complaint that on November 8, 1993, a delegate of the Secretary of the Treasury made an assessment against Joseph F. Uretsky pursuant to 26 U.S.C. §6672, as a responsible person of Lincoln Frozen Yogurt, who willfully failed to withhold, truthfully account for and turn over the income and employment taxes withheld from the wages of the employees of Lincoln Frozen Yogurt, for the period ending December 31, 1992, and calls upon the Plaintiff to prove the same. The Defendant, Joseph F. Uretsky denies the balance of the allegations of paragraph 3 of the Plaintiff's complaint.

4. The Defendant, Joseph F. Uretsky neither admits nor denies the allegations of paragraph 4 of the Plaintiff's complaint and calls upon the Plaintiff to prove the same.

5. The Defendant, Joseph Uretsky admits the allegations of paragraph 5 of the Plaintiff's complaint.

6. The Defendant, Joseph F. Uretsky denies the allegations of paragraph 6 of the Plaintiff's complaint.

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief may be granted against the Defendant, and therefore must be dismissed pursuant to Rule 12(b)(6).

### SECOND AFFIRMATIVE DEFENSE

The Plaintiff is not entitled to any relief because the statute of limitations governing this matter expired before Plaintiff served its complaint.

                                                  Respectfully submitted,
Defendant,
JOSEPH F. URETSKY,
By his attorney,

_____
Steven E. Ernstoff, BBO# 155980
STEVEN E. ERNSTOFF, P.C.
500 Commercial Street,
Suite 4R
Boston, MA 02110
(617) 367-1880

Dated: July 22, 2004

CERTIFICATE OF SERVICE

I, STEVEN E. ERNSTOFF, ESQ. of Steven E. Ernstoff, P.C., 500 Commercial Street, Boston, MA 02109, attorney for the Defendant, Joseph F. Uretsky hereby certify that on July 22, 2004, I served a copy of the Defendant's Answer to the Plaintiff's Complaint.

Said service was made by delivering by first class mail to the following Counsel of Record:

> Lydia D. Bottome, Esq.
> Trial Attorney, Tax Division
> U.S. Department of Justice
> Post Office Box 55
> Ben Franklin Station
> Washington, D.C. 20044

Signed under the pains and penalties of perjury this 22nd day of July 2004.

_____
STEVEN E. ERNSTOFF, ESQ.
Steven E. Ernstoff, P.C.
BBO #155980
500 Commercial Street   Suite 4R
Boston, MA  02109
(617) 367-1880

**LAW OFFICES**
**STEVEN E. ERNSTOFF, P.C.**
**500 Commercial Street**
**Suite 4R**
**Boston, Massachusetts 02109**

FILED
[OFFICE stamp]
2004 JUL 23 P 12: 41
U.S. DISTRICT COURT
DISTRICT OF MASS

Telephone (617) 367-1880
Fax (617) 367-2666
Email: steve@ernstoff.com

July 22, 2004

Tony Anastas, Clerk
United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA  02210

Re: United States of America v. Joseph F. Uretsky
    United States District Court No. 04-10455 JLT

Dear Mr. Anastas:

Enclosed herewith for filing relative to the above-noted matter please find the Defendant's Answer to the Plaintiff's Complaint.

Thank you for your kind attention to this matter.

Very truly yours,

Steven E. Ernstoff

cc:     Lydia D. Bottome, Esq.