IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 04-10455 |
| ) | |
| JOSEPH F. URETSKY, ) | |
| ) | |
| Defendant. ) | |

<u>JOINT STATEMENT PURSUANT TO MASSACHUSETTS LOCAL RULE 16.1(D)</u>

Pursuant to the Court's Notice of Scheduling Conference, the parties, by undersigned counsel, submit the following joint statement:

1.  The parties request 4 months to complete discovery due to the number of issues involved in this matter and the potential for a large number of depositions. The parties' proposed discovery deadline would therefore be March 2, 2005. Because claims brought under § 6672 of the Internal Revenue Code are extraordinarily fact-dependent, phased discovery is not recommended for this litigation.

2.  The parties propose that the Court set Wednesday, April 13, 2005, as the last day for the service of dispositive motions, thereby allowing the parties a reasonable time after the discovery phase is completed to consider settlement possibilities and draft dispositive motions. The parties propose that responses to any summary judgment motion be served by May 4, 2005.

- 2 -

3. The parties will file separate certifications as required by Local Rule 16.1(d)(3).

AGREED:

| United States of America<br>Plaintiff: | JOSEPH URETSKY<br>Defendant: |
|---|---|
| BY: /s/ Lydia Bottome Turanchik<br>Lydia Bottome Turanchik<br>Trial Attorney, Tax Division<br>United States Department of Justice<br>Post Office Box 55<br>Ben Franklin Station<br>Washington, D.C. 20044<br>(202) 307-6560 | BY: (by telephone consent - SE)<br>Steven Ernstoff<br>500 Commercial Street<br>Suite 4R<br>Boston, Massachusetts 02109<br>(617) 367-1880 |