### UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF MASSACHUSETTS

**CIVIL ACTION NO. 04-10455-JLT**

**United States of America**

    **Plaintiff**

v.

**Joseph F. Uretsky**

    **Defendant.**

### DEFENDANT'S CERTIFICATION PURSUANT TO LR 16.1(d)(3)

The Defendant and counsel for the Defendant, hereby certify that they have conferred with each other regarding the following: (a) with a view to establishing a budget for the costs of conducting the litigation in this matter through trial, as well as the costs of conducting the litigation through alternative courses such as alternative dispute resolution; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Counsel for the Defendant,

STEVEN E. ERNSTOFF, ESQ.
STEVEN E. ERNSTOFF, P.C.
BBO#: 155980
500 COMMERCIAL STREET
SUITE 4R
BOSTON, MA 02109
TEL. (617) 367-1880

JOSEPH URETSKY, Defendant

DATED: Oct. 20, 2004

CERTIFICATE OF SERVICE

I, STEVEN E. ERNSTOFF, ESQ. of Steven E. Ernstoff, P.C., 500 Commercial Street, Boston, MA 02109, attorney for the Defendant, Joseph F. Uretsky hereby certify that on October 22, 2004, I served a copy of the Defendant's Certification Pursuant to LR 16.1(d)(3).

Said service was made by delivering by first class mail to the following Counsel of Record:

> Lydia Bottome Turanchik, Esq.
> Trial Attorney, Tax Division
> U.S. Department of Justice
> Post Office Box 55
> Ben Franklin Station
> Washington, D.C.  20044

Signed under the pains and penalties of perjury this 22nd day of October 2004.

STEVEN E. ERNSTOFF, ESQ.
Steven E. Ernstoff, P.C.
BBO #155980
500 Commercial Street    Suite 4R
Boston, MA   02109
(617) 367-1880