UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | *   Civil Action No. 04-10455-JLT |
| | * |
| JOSEPH F. URETSKY, | * |
| | * |
| Defendant. | * |

ORDER

November 15, 2004

TAURO, J.

    After a conference on November 15, 2004, this court hereby orders that:

1.    The case is dismissed as reported settled; and

2.    The Parties have sixty (60) days to file a motion to reopen the case.

    IT IS SO ORDERED.

    /s/ Joseph L. Tauro
    United States District Judge