IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOSEPH F. URETSKY, )<br>)<br>Defendant. ) | Civil No. 04-10455-JLT |

### STIPULATED JUDGMENT

The United States of America and defendant Joseph Uretsky stipulate that judgment is entered as follows:

1. Judgment is entered in favor of the United States against Joseph Uretsky in the amount of $23,515.12, plus interest accruing from November 15, 2004, for outstanding 26 U.S.C. § 6672 liabilities for the periods ending December 31, 1992.

2. Judgment is entered in favor of the United States against Joseph Uretsky in the amount of $1,550.83, plus interest accruing from November 15, 2004, for outstanding 26 U.S.C. § 6672 liabilities for the periods ending September 30, 1993.

3.     The parties will bear their respective costs, including any attorney's fees or other expenses stemming from this litigation.

| ATTORNEY FOR PLAINTIFF<br>UNITED STATES OF AMERICA, | ATTORNEY FOR DEFENDANT<br>JOSEPH URETSKY, |
|---|---|
| */s/ Lydia B. Turanchik*<br>LYDIA BOTTOME TURANCHIK<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>Post Office Box 55<br>Ben Franklin Station<br>Washington, D.C.  20044<br>202-307-6560 | */s/ Steven E. Ernstoff*<br>STEVEN E. ERNSTOFF<br>Steven E. Ernstoff, P.C.<br>BBO#155980<br>500 Commercial Street  Suite 4R<br>Boston, MA  02109<br>617-367-1880 |

IT IS SO ORDERED.

Dated: _____

_____
JUDGE TAURO
United States District Judge
District of Massachusetts